Adam P. Friedman
WOLFF & SAMSON PC
One Boland Drive
West Orange, New Jersey 07052
(973) 325-1500
Attorneys for Defendant
*ACSTAR Insurance Company*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

-------------------------------------------------------
CLEAN HARBORS, INC., and CLEAN       :
HARBORS ENVIRONMENTAL                :
SERVICES, INC.,                      :     Civil Action No.: 09-cv-5175-RBK-AMD
                                     :
           Plaintiffs,               :     **NOTICE OF MOTION**
                                     :
     vs.                             :     Return date: December 7, 2009
                                     :
ACSTAR INSURANCE COMPANY,            :
BOEING CAPITAL CORPORATION,          :     **ORAL ARGUMENT REQUESTED**
and McDONNELL DOUGLAS TRUCK          :
SERVICES, INC.,                      :
                                     :
           Defendants.               :
-------------------------------------------------------

TO:   Dennis J. Krumholz, Esq.
      Riker, Danzig, Scherer, Hyland & Perretti, LLP
      One Speedwell Avenue
      Morristown, NJ  07962
      Attorneys for Plaintiffs
      *Clean Harbors, Inc. and Clean Harbors*
      *Environmental Services, Inc.*

      Paul A. Taufer, Esq.
      DLA Piper US LLP
      One Liberty Place
      1650 Market Street – Suite 4900
      Philadelphia, PA  19103
      Attorneys for Defendants
      *Boeing Capital Corporation and*
      *McDonnell Douglas Truck Services, Inc.*

**COUNSEL:**

**PLEASE TAKE NOTICE** that on December 7, 2009, at 9:30 a.m., or as soon thereafter as counsel may be heard, defendant ACSTAR Insurance Company ("ACSTAR"), through its attorneys, Wolff and Samson PC, shall move before the Honorable Robert B. Kugler, at the courthouse, located at 4th and Cooper Streets, Camden, New Jersey, for an Order, pursuant to Rule 12(b)(6) and 28 U.S.C. § 1404(a), dismissing this action, or staying it pending the determination of the previously-filed litigation entitled *ACSTAR Insurance Company as Administrator and Reinsurer for United Coastal Insurance Company v. Clean Harbors, Inc., Clean Harbors Environmental Services, Inc., Boeing Capital Corporation, and McDonnell Douglas Truck Services, Inc.,* pending in the United States District Court for the District of Connecticut, docket number 09-cv-1261, or transferring this action to the United States District Court for the District of Connecticut, and awarding ACSTAR such other and further relief as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that, in support of this motion, ACSTAR shall rely upon the accompanying Certification of Gary M. Case, the accompanying Certification of Adam P. Friedman, and the accompanying Memorandum of Law.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is provided herewith.

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested.

                                      **WOLFF & SAMSON PC**
                                      Attorneys for Defendant
                                      *ACSTAR Insurance Company*

                                      By: ~      /s Adam P. Friedman     ~
                                             Adam P. Friedman

Dated: November 9, 2009