Adam P. Friedman
WOLFF & SAMSON PC
One Boland Drive
West Orange, New Jersey 07052
(973) 325-1500
Attorneys for Defendant
*ACSTAR Insurance Company*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

------------------------------------------------------
CLEAN HARBORS, INC., and CLEAN       :
HARBORS ENVIRONMENTAL                :
SERVICES, INC.,                      :   Civil Action No.: 09-cv-5175-RBK-AMD
                                     :
                  Plaintiffs,        :   **ORDER**
                                     :
      vs.                            :   Return date:  December 7, 2009
                                     :
ACSTAR INSURANCE COMPANY,            :
BOEING CAPITAL CORPORATION,          :
and McDONNELL DOUGLAS TRUCK          :
SERVICES, INC.,                      :
                                     :
                  Defendants.        :
------------------------------------------------------

**THIS MATTER** having been brought before the Court by Wolff & Samson PC, attorneys for defendant ACSTAR Insurance Company ("ACSTAR"), on ACSTAR's motion for an Order either dismissing this action, staying it pending the determination of the previously-filed litigation entitled *ACSTAR Insurance Company as Administrator and Reinsurer for United Coastal Insurance Company v. Clean Harbors, Inc., Clean Harbors Environmental Services, Inc., Boeing Capital Corporation, and McDonnell Douglas Truck Services, Inc.,* pending in the United States District Court for the District of Connecticut, docket number 09-cv-1261 ("the Connecticut Litigation"), or transferring this action to the United States District Court for the District of Connecticut, and the Court having reviewed the

papers submitted in support of and in opposition to the motion and having heard the argument of counsel, and upon due deliberation, and for good cause shown;

**IT IS** on this __ day of _____, 20__;

**ORDERED** as follows:

(1)  ACSTAR's motion is granted.

(2)  This action is:

_____ dismissed, without prejudice to defendants asserting any claims and defenses in the Connecticut Litigation.

_____ stayed, pending the final determination of the Connecticut Litigation.

_____ transferred to the United States District Court for the District of Connecticut, and the Clerk is directed to effect the transfer of the case file to the United States District Court for the District of Connecticut forthwith.

(3)  A copy of this Order shall be served upon all counsel of record within ____ days of receipt of this Order by ACSTAR's counsel.

**SO ORDERED.**

_____
The Honorable Robert B. Kugler, U.S.D.J.